**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 21-4130-JFW(PVCx)** | Date: March 28, 2022 |

Title:   William Robert Norrie -v- Coastline Ventures, LLC, et al.

---

**PRESENT:**
  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT UNITED STATES OF AMERICA SHOULD NOT BE VACATED**

   In the Court's January 5, 2022 Order Denying Without Prejudice Plaintiff's Request for Entry of Default against Defendant United States of America ("January 5, 2022 Order"), the Court ordered that Plaintiff "file, on or before January 17, 2022, a separate Proof of Service on the docket with the affidavits required by Federal Rule of Civil Procedure 4(I), as well as a copy of the completed return of service of registered or certified mail indicating that the mail was *received* by both the Attorney General of the United States and the civil processing clerk at the local U.S. attorney's office."  Docket No. 55.  The January 5, 2022 Order further stated that "failure to comply...will result in dismissal of this action without prejudice against Defendant United States of America under Federal Rule of Civil Procedure 4(m).  *Id.*

   On January 17, 2022 Plaintiff filed a copy of the completed return of service of the certified mail indicating the mail was received by the Attorney General, but failed to include the completed return of service indicating the mail was received by the local U.S. attorney's office.  Docket No. 56 at pp. 13-15.  On January 24, 2022 Plaintiff requested that the Clerk enter a default as to Defendant United States of America.  Docket No. 57. On January 25, 2022, the Clerk granted the request and entered default despite the fact that Plaintiff had failed to comply with the Court's January 5, 2022 Order.  Docket No. 58.

   Accordingly, the Court orders Plaintiff William Robert Norrie ("Plaintiff") to show cause, in writing, no later than **April 4, 2022** why the Court should not vacate the Clerk's entry of default against Defendant United States of America and/or dismiss this action for failure to comply with the Court's January 5, 2022 Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  This Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action against Defendant United States of America.

   IT IS SO ORDERED.

CC: US Attorney, Chief of Civil Division                                                                 Initials of Deputy Clerk   sr