| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | js-6 |

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 21-4130-JFW(PVCx)** | Date: August 25, 2022 |
| Title: | William Robert Norrie -v- Coastline Ventures, LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION**

      Pursuant to the Court's Scheduling and Case Management Order filed on October 5, 2021, the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; and Status Report re: Settlement. ("Pre-Trial Documents") by August 18, 2022. Plaintiff ("Plaintiff") has violated the Court's Order by failing to file *any* of the required Pre-Trial Documents.

      As a result of Plaintiff's violation of the Court's Order, this action is **DISMISSED without prejudice**. See Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Pretrial Conference scheduled for September 2, 2022 and the trial scheduled for September 13, 2022 are hereby **VACATED**.

      This action is also dismissed for lack of prosecution. The Plaintiff filed this action on May 17, 2021 and has failed to properly serve the United States notwithstanding the Assistant United States Attorney Osinoff's efforts to assist Plaintiff in properly serving the United States. (Docket No. 66)

      IT IS SO ORDERED.